ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

RIDER REYNOLDS LEWIS,
an individual,

Plaintiff,

MAGISTRATE JUDGE VITUNAC

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 97-6239-CIV-RYSKAMP

ALTMAN DEVELOPMENT CORPORATION, JOEL ALTMAN, ADDISON PLACE, CORAL CLUB, THE POINTE, PORTOFINO PLACE, LAS PALMAS, ROYAL PALM PLACE, THE YACHT CLUB AT AVENTURA, CON AM MANAGEMENT COMPANY, U.S. HOUSING AND DEVELOPMENT CORPORATION, FRANOS INTERNATIONAL, MIAMI DADELAND MARRIOTT, MARRIOTT INTERNATIONAL, INC., INTERNAL REVENUE SERVICE.

Defendants.

97 APR 22 P1:16

TO: (Name and address of defendant)

LAS PALMAS
10000 NORTHWEST 45TH TERRACE
MIAMI, FLORIDA 33178

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

RIDER REYNOLDS LEWIS, IN PRO SE
P.O. BOX 158, 6574 NORTH STATE ROAD 7
COCONUT CREEK, FLORIDA 33073-3617
TELEPHONE: (954) 420-5122

REC'D by ____ D.C.
APR 23 1997
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. W.P.B.

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Carlos Juenke
CLERK

APR 22 1997
DATE

(BY) DEPUTY CLERK

PA
25

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

RIDER REYNOLDS LEWIS,
an individual,
Plaintiff,

V.

ALTMAN DEVELOPMENT CORPORATION, JOEL ALTMAN, ADDISON PLACE, CORAL CLUB, THE POINTE, PORTOFINO PLACE, LAS PALMAS, ROYAL PALM PLACE, THE YACHT CLUB AT AVENTURA, CON AM MANAGEMENT COMPANY, U.S. HOUSING AND DEVELOPMENT CORPORATION, FRANOS INTERNATIONAL, MIAMI DADELAND MARRIOTT, MARRIOTT INTERNATIONAL, INC., INTERNAL REVENUE SERVICE.

Defendants.

MAGISTRATE JUDGE VITUNAC

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 97-6239-CIV-RYSKAMP

97 APR 22 PM 1:22

TO: (Name and address of defendant)

CORAL CLUB
1001 CORAL SPRINGS DRIVE
CORAL SPRINGS, FLORIDA 33071-9939

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

RIDER REYNOLDS LEWIS, IN PRO SE
P.O. BOX 158, 6574 NORTH STATE ROAD 7
COCONUT CREEK, FLORIDA 33073-3617
TELEPHONE: (954) 420-5122

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

REC'D by ____ D.C.
APR 23 1997
CARLOS JUENKE
CLERK U.S. DIST. CT
S.D. OF FLA. - W.P.B

Carlos Juenke
CLERK

APR 22 1997
DATE

(BY) DEPUTY CLERK

ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

RIDER REYNOLDS LEWIS,
an individual,
Plaintiff,

MAGISTRATE JUDGE VITUNAC

## SUMMONS IN A CIVIL CASE

V

CASE NUMBER: 97-6239-CIV-RYSKAMP

ALTMAN DEVELOPMENT CORPORATION, JOEL ALTMAN, ADDISON PLACE, CORAL CLUB, THE POINTE, PORTOFINO PLACE, LAS PALMAS, ROYAL PALM PLACE, THE YACHT CLUB AT AVENTURA, CON AM MANAGEMENT COMPANY, U.S. HOUSING AND DEVELOPMENT CORPORATION, FRANOS INTERNATIONAL, MIAMI DADELAND MARRIOTT, MARRIOTT INTERNATIONAL, INC., INTERNAL REVENUE SERVICE.

Defendants.

'97 APR 22 ... :19

TO: (Name and address of defendant)

THE POINTE
800 THE POINTE DRIVE
WEST PALM BEACH, FLORIDA 33049

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

RIDER REYNOLDS LEWIS, IN PRO SE
P.O. BOX 158, 6574 NORTH STATE ROAD
COCONUT CREEK, FLORIDA 33073-3617
TELEPHONE: (954) 420-5122

REC'D by ___ D.C.
APR 23 1997
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. W.P.B.

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Carlos Juenke

CLERK

APR 22 1997

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

RIDER REYNOLDS LEWIS,
an individual,
Plaintiff,

V.

ALTMAN DEVELOPMENT CORPORATION, JOEL ALTMAN, ADDISON PLACE, CORAL CLUB, THE POINTE, PORTOFINO PLACE, LAS PALMAS, ROYAL PALM PLACE, THE YACHT CLUB AT AVENTURA, CON AM MANAGEMENT COMPANY, U.S. HOUSING AND DEVELOPMENT CORPORATION, FRANOS INTERNATIONAL, MIAMI DADELAND MARRIOTT, MARRIOTT INTERNATIONAL, INC., INTERNAL REVENUE SERVICE.

Defendants.

MAGISTRATE JUDGE VITUNAC

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 97-6239-CIV-RYSKAMP

FILED 97 APR 22 P1:17

TO: (Name and address of defendant)

PORTOFINO PLACE
120 NORTHWEST 108TH TERRACE
PEMBROKE PINES, FLORIDA 33026

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

RIDER REYNOLDS LEWIS, IN PRO SE
P.O. BOX 158, 6574 NORTH STATE ROAD 7
COCONUT CREEK, FLORIDA 33073-3617
TELEPHONE: (954) 420-5122

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

REC'D by ____ D.C.
APR 23 1997
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. W.P.B.

Carlos Juenke

CLERK

APR 22 1997

DATE

(BY) DEPUTY CLERK

ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

RIDER REYNOLDS LEWIS,
an individual,
Plaintiff,

MAGISTRATE JUDGE VITUNAC

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 97-6239-CIV-RYSKAMP

ALTMAN DEVELOPMENT CORPORATION, JOEL ALTMAN, ADDISON PLACE, CORAL CLUB, THE POINTE, PORTOFINO PLACE, LAS PALMAS, ROYAL PALM PLACE, THE YACHT CLUB AT AVENTURA, CON AM MANAGEMENT COMPANY, U.S. HOUSING AND DEVELOPMENT CORPORATION, FRANOS INTERNATIONAL, MIAMI DADELAND MARRIOTT, MARRIOTT INTERNATIONAL, INC., INTERNAL REVENUE SERVICE.

Defendants.

97 APR 22 P1:16

TO: (Name and address of defendant)

ROYAL PALM PLACE
15750 SOUTHWEST 105TH TERRACE
MIAMI, FLORIDA 33196

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

RIDER REYNOLDS LEWIS, IN PRO SE
P.O. BOX 158, 6574 NORTH STATE ROAD 7
COCONUT CREEK, FLORIDA 33073-3617
TELEPHONE: (954) 420-5122

REC'D by D.C.
APR 23 1997
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Carlos Juenke
CLERK

APR 22 1997
DATE

(BY) DEPUTY CLERK